IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESSICA RENEE COWAN                                                                                    PLAINTIFF

v.                                            Case No. 2:23-cv-02080

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration                                                                       DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that the Social Security Administration Commissioner's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 11) be granted and that the case be remanded to the Commissioner for further administrative action pursuant to the Sentence Four of 42 U.S.C. § 405(g).

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. The Commissioner's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 11) is hereby **GRANTED**. This case is hereby **REMANDED** to the Commissioner for further administrative action pursuant to Sentence Four of section 405(g).

**IT IS SO ORDERED**, this 6th day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge