IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESSICA RENEE COWAN     PLAINTIFF

v.     Case No. 2:23-cv-02080

MARTIN O'MALLEY,
Commissioner,
Social Security Administration     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Ford recommends granting Plaintiff's Motion for Attorney Fees (ECF No. 15) and awarding Plaintiff the sum of $7,009.20 for attorney's fees pursuant to the Equal Access to Justice Act (hereinafter "EAJA"), 28 U.S.C. § 2412.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. The Plaintiff's Motion for Attorney Fees (ECF No. 15) is hereby **GRANTED**. Plaintiff is hereby awarded the sum of **$7,009.20** for attorney's fees pursuant to the EAJA, 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 2nd day of February, 2024.

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  Chief United States District Judge